United States District Court
Southern District of Texas
**ENTERED**
May 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-0297 |
| | § | |
| THE HARRIS CENTER FOR MENTAL HEALTH, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant The Harris Center for Mental Health's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 16th day of May, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE